FILED'05 SEP 21 15:23USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KERRI MCGOWAN,<br><br>Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Acting Commissioner of Social Security<br>Defendant | Civil No. 04-612-KI<br><br><br><br>ORDER |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5,200.00, pursuant to 28 U.S.C. § 2412, shall be awarded to Plaintiff.

DATED this 21 day of Sept, 2005.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Richard M. Rodriguez
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
(206) 615-3748
Of Attorneys for Defendant